UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

March 12, 2020

## LETTER ORDER

Re: *Chowdhury v. Mesa Laboratories, Inc., et al.*
<u>Civil Action No. 19-21308 (ES) (MAH)</u>

Dear Counsel:

On December 23, 2019, Plaintiff Shahanara Chowdhury ("Plaintiff") moved to remand this action to the Superior Court of New Jersey, Morris County. (D.E. No. 5). Defendants Mesa Laboratories, Inc. and Shauna Neely (collectively, "Defendants") opposed Plaintiff's motion and cross-moved to dismiss defendant Neely from the case. (D.E. No. 7). Plaintiff filed a reply in support of her motion and an opposition to Defendants' cross-motion (D.E. No. 8), and Defendants filed a reply in support of their cross-motion (D.E. No. 9).

On February 20, 2020, the Honorable Michael A. Hammer, United States Magistrate Judge, issued a Report and Recommendation, recommending that the Court grant Plaintiff's motion to remand. (D.E. No. 11 ("R&R")). Magistrate Judge Hammer provided the parties fourteen days to file and serve objections to the R&R pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2). The parties did not file any objections.

Having reviewed the parties' submissions and Magistrate Judge Hammer's R&R, and for the reasons stated therein,

IT IS on this 12th day of March 2020,

**ORDERED** that this Court ADOPTS Magistrate Judge Hammer's R&R in full; and it is further

**ORDERED** that this case is REMANDED to the Superior Court of New Jersey, Morris County; and it is further

**ORDERED** that the Clerk of Court TERMINATE docket entry numbers 5, 7, and 11.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**